UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| NANCY A. MILLER,<br><br>                Plaintiff<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br>                Defendant | Civil Action No.: 3:14-CV-00036 |

## **STIPULATION OF DISMISSAL**

NOW COME Plaintiff Nancy A. Miller and Defendant Sun Life Assurance Company of Canada, by and through their attorneys, and stipulate that this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties shall bear their own respective costs and attorney's fees.

Dated:   April 3, 2014

                                    Respectfully submitted,

                                    BY:   */s/ James T. Williams*
                                            James T. Williams
                                    jwilliams@millermartin.com
                                    MILLER & MARTIN PLLC
                                    Suite 1000 Volunteer Bldg.
                                    832 Georgia Avenue
                                    Chattanooga, TN 37402
                                    Phone (423) 785-8244
                                    Fax (423) 321-1576

                                    Byrne J. Decker, Esq. (*pro hac vice*)
                                    PIERCE ATWOOD LLP
                                    Merrill's Wharf
                                    254 Commercial Street
                                    Portland, ME  04101
                                    ***Attorneys for Sun Life Assurance Co. of Canada***

11947094v1

/s/John P. Dreiser
John P. Dreiser (TN B.P.R. No. 020743)
john@farmerdreiser.com
1356 Papermill Pointe Way
Knoxville, TN 37909
Telephone (865) 584-1211
Facsimile (865) 584-1171
***Attorney for Plaintiff Nancy A. Miller***

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of April, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>John R. Dreiser
>1356 Papermill Pointe Way
>Knoxville, TN  37919

BY: _/s/ James T. Williams_
James T. Williams